IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCO ORNELAS, | ) | 8:13CV118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On July 2, 2014, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 37.) The court cautioned Plaintiff that failure to update his address within 30 days would result in dismissal of this matter without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated his address with the court.

IT IS THEREFORE ORDERED that: This action is dismissed without prejudice, and a separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 13th day of August, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.